326 Townes

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

AUG 01 2007

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MISCELLANEOUS CASE INFORMATION SHEET

MISC-07 0326
TOWNES, J.

| PLAINTIFF: | DEFENDANT: |
|---|---|
| UNITED STATES OF AMERICA | Felicia A. Lee  C107-00765 |
| **IN THE MATTER OF:** | |

**CAUSE OF ACTION:**

State Court Action obtained to Recover monies due to the Untied States of America for outstanding student loans.

**RELIEF SOUGHT:**

Please register State Court Judgment with court, assign a miscellaneous CV number

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Mullen & Iannarone, P.C.  300 East Main Street, Suite 3  Smithtown, NY 11787 | |

I am currently a member in good standing of the bar of this Court:   ☒ YES   ☐ NO

Signature of Attorney of Record: _____   Date: _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

-----------------------------------x

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

          Plaintiff,

-against-

**AMENDED JUDGMENT**

FELICIA A. LEE,

          Defendant.

Index #88922/04

-----------------------------------x

MISC. 07 0326

TOWNES, J.

The Summons and Complaint in this action having been served on the defendant herein, and the time of said defendant to appear or answer having expired without an extension of time to appear or answer having been given, and said defendant not having appeared or answered herein, and judgment having been entered against the defendant on the 11th day of May 2005; and plaintiff having made an ex parte order to amend judgment to contain post-judgment interest clause, and said order having been signed by HON. DICCIA T. PINEDA-KIRWAN on the 5th day of October, 2005;

**NOW**, on motion of FRIESNER & SALZMAN, 11 Grace Avenue, Great Neck, New York 11022, attorneys for plaintiff, it is

**ADJUDGED**, that PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, located at 1200 N. 7th Street, Harrisburg, PA 17102, do recover of the defendant, FELICIA A. LEE, residing at 177-20 105TH Avenue, Jamaica, New York, 11433, the sum of $13,507.07, with interest from April 6, 2004, of $1,092.41; including post-judgment interest which shall accrue at 4.625% per annum, or $1.61 per diem, (the current rate of interest based upon the Note), from May 11, 2005, and payable at a yearly rate of interest which may not exceed a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed

...quarter; plus three percent, rounding ... ure up to the nearest one-eighth of one percent. The rate of interest applied to this Note shall be as follows: (d) Repayment period: Ninety-one day U.S. Treasury Bill, plus 2.45 percent, until defendant pays the full sum due and outstanding on the judgment entered on May 11, 2005; this rate will not exceed the statutory 9% rate as proscribed for under the CPLR; making a total of $14,599.48, together with $115.00 costs and disbursements, amounting in all to $14,714.48, and that the plaintiff have execution therefor.

DEC 07 2005

_____
Clerk

---

Civil Court of the City of New York
89-17 Sutphin Boulevard
Jamaica, NY 11435
=========================================

Register #: 03  Transaction No.:   700286

Index Number: 88922 QCV 2004

FEE: $6.00 Paid        January 4, 2006
          Check-M.O.
   Certification Of A Document

   I, Jack Baer, Chief Clerk, do hereby certify that I have compared the attached copy with the original document on file in my office and that it is a correct and complete transcript of the original.

JACK BAER, Chief Clerk

No. of Pages: 2  by

PCR  01-04-06  66  11:36
KEEP THIS RECEIPT WITH YOUR COURT PAPERS

MISC. 07 0326

## ASSIGNMENT OF JUDGMENT

TOWNES, J.

I, Patricia Walton, representing Pennsylvania Higher Education Assistance Agency (PHEAA), Assignor, on behalf of Brazos Higher Education Services Corporation, in consideration of the insurance claim paid by the United States of America to PHEAA, hereby assign to the United States Department of Health and Human Services, Assignee, the judgment recovered on December 7, 2005, docketed in the Civil Court of the City of New York, Coounty of Queens, Index No. 88922/04, against **FELICIA A. LEE**, Social Security No. 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, in the amount of $14,714.48, less costs in the amount of $115.00.

Assignor authorizes the Assignee to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Pennsylvania Higher Education Assistance Agency's address and phone number is: 1200 North Seventh Street, Harrisburg, PA 17102, 1-800-233-0557.

The United States Department of Health and Human Services' address and phone number is: 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102 this 25th day of January, 2006.

*Patricia Walton*
Patricia Walton